IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
ASSOCIATE CIRCUIT JUDGE DIVISION

MJL Properties, LLC

    Plaintiff

        vs.

Kimberly Byrd
1218 N.W. Willow Drive
Grain Valley, MO. 64029
    Defendant

## PETITION FOR RENT AND POSSESSION
### COUNT I

COMES NOW the Plaintiff and for his cause of action against the Defendant states:

1. That Plaintiff is the owner of the premises known as 1218 N.W. Willow Drive, Grain Valley, Jackson County, Missouri.

2. That Plaintiff rented the aforesaid premises to the Defendant at a monthly rental rate of $875.00, payable on the first day of each month and the parties entered into a lease.

3. That the Defendant failed to pay rent due and owing from November 1, 2010, to-wit, $1,750.00 as of the date of this petition.

4. That Plaintiff complied with all terms and performed all obligations due under the said lease.

5. That the Plaintiff has duly demanded the rent and other charges presently due and owing but the Defendant has failed and refused to pay the same.

6. That the Defendant remains in possession of the premises, but holds and detains the premises unlawfully, having failed to pay rent.

7. To the best of plaintiff's knowledge, the defendant is not an active duty member of the armed forces of the United States or its allies.

WHEREFORE, Plaintiff prays the Court for judgment in his favor and against the Defendant restoring the premises to the Plaintiff, for $1,750.00, for such rent and charges as shall be due and payable at the time of judgment, and for Plaintiff's costs and special process fees, if any, herein incurred.

### COUNT II

COMES NOW the Plaintiff and for Count II of his cause of action states:

1. The Plaintiff incorporates by reference all allegations of Count I herein.

2. That the aforesaid lease provides that the Defendant shall pay late charges.

WHEREFORE, the Plaintiff prays the Court for judgment in his favor and against the

Defendant in the amount of $205.00, for such charges as shall be due and payable at the time of judgment, and for Plaintiff' costs herein incurred.

## COUNT III

COMES NOW the Plaintiff and for Count III of his cause of action states:

1. The Plaintiff incorporates by reference all allegations of Counts I and II herein.

2. That the aforesaid lease provides that the Defendant shall pay the costs of this action and the Plaintiff's reasonable attorney's fees.

3. That the reasonable attorney fee for this case is at least $225.00.

WHEREFORE, the Plaintiff prays the Court for judgment in his favor and against the Defendant for attorney's fees of no less than $225.00 and in such amount as the Court deems just, and for Plaintiff's costs herein incurred.

s/ Robert J. Wise

---

Robert J. Wise    #25001
P. O. Box 480187
Kansas City, MO. 64148-0187
(816) 942-5925
Fax (816) 941-3296
wisebob@earthlink.net
ATTORNEY FOR PLAINTIFF

 

Search for Cases by: Select Search Method...

Judicial Links | Court Links | Help | Contact Us | Print                                                  Logon

### 16th Judicial Circuit (Jackson County)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**1016-CV36940 - MJL PROPERTIES, LLC V KIMBERLY BYRD**

This information is provided as a service and is not considered an official court record.
Displaying 1 thru 14 of 14 records for all dockets returned for case 1016-CV36940.

**12/09/2010**   Docket Entry: Pet Filed in Associate Ct

Docket Entry: Judge Assigned

Docket Entry: Motion Special Process Server

Docket Entry: Motion to Post Summons

Docket Entry: Order
Text: Motion for order to post signed

Docket Entry: Order - Special Process Server

Docket Entry: Hearing Scheduled
Associated Docket Entries: 01/13/2011 - Hearing Held
Associated Events: 01/13/2011 , 13:30:00 - Hearing

Docket Entry: Summons Issued-Landlord/Tenant
Text: Document ID: 10-SMLT-10540, for BYRD, KIMBERLY.

Docket Entry: Certificate of Mailing
Text: Document ID: 10-CMDN-13533, for BYRD, KIMBERLY.

**01/10/2011**   Docket Entry: Posted - Residence
Text: Document ID - 10-SMLT-10540; Served To - BYRD, KIMBERLY; Server - ; Served Date - 28-DEC-10; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Posted

Docket Entry: Summons Personally Served
Text: Document ID - 10-SMLT-10540; Served To - BYRD, KIMBERLY; Server - ; Served Date - 08-JAN-11; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

**01/13/2011**   Docket Entry: Hearing Held
Associated Docket Entries: 12/09/2010 - Hearing Scheduled
Associated Events: 01/13/2011 , 13:30:00 - Hearing

**01/18/2011**   Docket Entry: Judge Assigned

Docket Entry: Hearing Scheduled
Associated Events: 02/24/2011 , 13:30:00 - Hearing

Displaying 1 thru 14 of 14 records for all dockets returned for case 1016-CV36940.